1  DANIEL J. O'HANLON, State Bar No. 122380
   REBECCA R. AKROYD, State Bar No. 267305
2  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
   A Professional Corporation
3  400 Capitol Mall, 27th Floor
   Sacramento, California 95814
4  Telephone: (916) 321-4500
   Facsimile: (916) 321-4555
5
   Attorneys for Plaintiffs, SAN LUIS & DELTA-
6  MENDOTA WATER AUTHORITY and
   WESTLANDS WATER DISTRICT
7
   JON D. RUBIN, State Bar No. 196944
8  General Counsel
   SAN LUIS & DELTA-MENDOTA WATER AUTHORITY
9  400 Capitol Mall, 27th Floor
   Sacramento, CA 95814
10 Telephone: (916) 321-4519
   Facsimile: (209) 826-9698
11
   Attorneys for Plaintiff, SAN LUIS & DELTA-
12 MENDOTA WATER AUTHORITY

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; ESTEVAN LOPEZ, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior and DAVID MURILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br><br>Defendants. | Case No. 1:16-cv-00983-LJO-EPG<br><br>**STIPULATION AND ORDER EXTENDING SCHEDULE FOR BRIEFING** |

1579479.1 10355-069

STIPULATION AND ORDER EXTENDING SCHEDULE FOR BRIEFING

| | |
|---|---|
| 1 | ***ADDITIONAL COUNSEL*** |
| 2 | PHILIP A. WILLIAMS, State Bar No. 296683 |
|   | Deputy General Counsel |
| 3 | WESTLANDS WATER DISTRICT |
|   | 400 Capitol Mall, 28th Floor |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 321-4525 |
| 5 | Facsimile: (559) 241-6277 |
| 6 | Attorneys for Plaintiff, WESTLANDS WATER DISTRICT |

## RECITALS

WHEREAS, the Court's November 2, 2016 Scheduling Conference Order (Doc. 12) provided the following schedule for the filing of cross-motions for summary judgment:

| | |
|---|---|
| **June 30, 2017** | Plaintiffs shall file their motion for summary judgment. |
| **August 30, 2017** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **September 29, 2017** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment. |
| **October 30, 2017** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

WHEREAS, the parties are pursuing discussions that may avoid the necessity of filing cross-motions for summary judgment in this case;

WHEREAS, the parties agree that in light of these discussions, a ninety-day extension of the Court's schedule for the filing of cross-motions for summary judgment is appropriate;

AND WHEREAS, the parties agree that the revised schedule should be as follows:

| | |
|---|---|
| **September 28, 2017** | Plaintiffs shall file their motion for summary judgment. |
| **November 28, 2017** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **December 28, 2017** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment. |
| **January 28, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

## STIPULATION

NOW THEREFORE, counsel for the parties hereby stipulate to a ninety-day extension of the schedule for the filing of cross-motions for summary judgment requested in the Court's November 2, 2016 Scheduling Order, making the schedule for briefing as follows:

| **September 28, 2017** | Plaintiffs shall file their motion for summary judgment. |
| --- | --- |
| **November 28, 2017** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **December 28, 2017** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment. |
| **January 28, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

DATED: June 15, 2017  KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By:     */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Plaintiffs, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

DATED: June 15, 2017  JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

By:     */s/ Anna K. Stimmel*
ANNA K. STIMMEL
Trial Attorney
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
(415) 744-6480 (Tel); (415) 744-6476 (Fax)
anna.stimmel@usdoj.gov

Counsel for Federal Defendants

| | |
|---|---|
| 1 | **ORDER** |

2  Pursuant to the parties' stipulation, the Court hereby ORDERS that the schedule for
3  briefing in the Court's November 2, 2016 Scheduling Order (Doc. 12) be extended by ninety days,
4  and be established as follows:

5  Plaintiffs shall submit their motion for summary judgment on or before September 28,
6  2017.

7  Defendants shall submit their combined cross-motion for summary judgment and
8  opposition to Plaintiffs' motion for summary judgment on or before November 28, 2017.

9  Plaintiffs shall submit their combined opposition to Defendants' cross-motion for summary
10 judgment and reply in support of Plaintiff's motion for summary judgment on or before December
11 28, 2017.

12 Defendants shall submit their reply in support of their cross-motion for summary judgment
13 on or before January 28, 2018.

15 IT IS SO ORDERED.

16 Dated: **June 16, 2017**           /s/ Lawrence J. O'Neill
17                                    UNITED STATES CHIEF DISTRICT JUDGE