| | |
|---|---|
| 1 | DANIEL J. O'HANLON, State Bar No. 122380<br>REBECCA R. AKROYD, State Bar No. 267305 |
| 2 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD<br>A Professional Corporation |
| 3 | 400 Capitol Mall, 27th Floor<br>Sacramento, California 95814 |
| 4 | Telephone: (916) 321-4500<br>Facsimile: (916) 321-4555 |

DANIEL J. O'HANLON, State Bar No. 122380
REBECCA R. AKROYD, State Bar No. 267305
KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
400 Capitol Mall, 27th Floor
Sacramento, California 95814
Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

JON D. RUBIN, State Bar No. 196944
General Counsel
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY
400 Capitol Mall, 28th Floor
Sacramento, CA 95814
Telephone: (916) 321-4519
Facsimile: (209) 826-9698

Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>Plaintiffs,<br><br>v.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; ESTEVAN LOPEZ, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior and DAVID MURILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br><br>Defendants. | Case No. 1:16-cv-00983-LJO-EPG<br><br>**STIPULATION AND ORDER EXTENDING SCHEDULE FOR BRIEFING** |

1606622.1 10355-069

| | |
|---|---|
| 1 | ***ADDITIONAL COUNSEL*** |
| 2 | PHILIP A. WILLIAMS, State Bar No. 296683 |
|   | General Counsel |
| 3 | WESTLANDS WATER DISTRICT |
|   | 400 Capitol Mall, 28th Floor |
| 4 | Sacramento, CA 95814 |
|   | Telephone: (916) 321-4525 |
| 5 | Facsimile: (559) 241-6277 |
| 6 | Attorneys for Plaintiff, WESTLANDS WATER DISTRICT |

## RECITALS

WHEREAS, the June 16, 2017 Stipulation and Order Extending Schedule for Briefing (Doc. 18) provided the following schedule for the filing of cross-motions for summary judgment:

| | |
|---|---|
| **September 28, 2017** | Plaintiffs shall file their motion for summary judgment. |
| **November 28, 2017** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **December 28, 2017** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment. |
| **January 28, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

WHEREAS, the parties are continuing to pursue discussions that may avoid the necessity of filing cross-motions for summary judgment in this case;

WHEREAS, the parties agree that in light of these discussions, a ninety-day extension of the schedule for the filing of cross-motions for summary judgment is appropriate, and agree to request such an extension from the Court;

AND WHEREAS, the parties agree that the revised schedule should be as follows:

| | |
|---|---|
| **December 27, 2017** | Plaintiffs shall file their motion for summary judgment. |
| **February 26, 2018** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **March 28, 2018** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment. |
| **April 28, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

# STIPULATION

NOW THEREFORE, counsel for the parties hereby stipulate to, and jointly request that the Court grant, a ninety-day extension of the schedule for the filing of cross-motions for summary judgment provided in the June 16, 2017 Stipulation and Order Extending Schedule for Briefing making the new schedule for briefing as follows:

| | |
|---|---|
| **December 27, 2017** | Plaintiffs shall file their motion for summary judgment. |
| **February 26, 2018** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **March 28, 2018** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiff's motion for summary judgment. |
| **April 28, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

DATED: September 19, 2017          KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
                                   A Professional Corporation


                                   By:     */s/ Daniel J. O'Hanlon*
                                           Daniel J. O'Hanlon
                                           Attorneys for Plaintiffs, SAN LUIS & DELTA-
                                           MENDOTA WATER AUTHORITY and
                                           WESTLANDS WATER DISTRICT

| | | |
|---|---|---|
| 1 | DATED: September 19, 2017 | JEFFREY H. WOOD<br>Acting Assistant Attorney General<br>U.S. Department of Justice<br>Environment and Natural Resources Division |
| 2 | | |
| 3 | | |
| 4 | | By:  */s/ Anna K. Stimmel* |
| 5 | | ANNA K. STIMMEL<br>Senior Attorney |
| 6 | | Natural Resources Section<br>301 Howard Street, Suite 1050 |
| 7 | | San Francisco, CA 94105<br>(415) 744-6480 (Tel); (415) 744-6476 (Fax) |
| 8 | | anna.stimmel@usdoj.gov |
| 9 | | Counsel for Federal Defendants |

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation (Doc. 19) and supplemental declarations (Docs. 21-22), |
| 3 | the Court hereby ORDERS that the schedule for briefing in the June 16, 2017 Stipulation and |
| 4 | Order Extending Schedule for Briefing (Doc. 18) be extended by ninety days, and be established |
| 5 | as follows: |
| 6 | Plaintiffs shall submit their motion for summary judgment on or before December 27, |
| 7 | 2017. |
| 8 | Defendants shall submit their combined cross-motion for summary judgment and |
| 9 | opposition to Plaintiffs' motion for summary judgment on or before February 26, 2018. |
| 10 | Plaintiffs shall submit their combined opposition to Defendants' cross-motion for summary |
| 11 | judgment and reply in support of Plaintiff's motion for summary judgment on or before March 28, |
| 12 | 2018. |
| 13 | Defendants shall submit their reply in support of their cross-motion for summary judgment |
| 14 | on or before April 28, 2018. |
| 16 | IT IS SO ORDERED. |
| 17 | Dated: **October 6, 2017**          /s/ Lawrence J. O'Neill |
| 18 | UNITED STATES CHIEF DISTRICT JUDGE |