1 | DANIEL J. O'HANLON, State Bar No. 122380
REBECCA L. HARMS, State Bar No. 307954
2 | KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation
3 | 400 Capitol Mall, 27th Floor
Sacramento, California 95814
4 | Telephone: (916) 321-4500
Facsimile: (916) 321-4555

Attorneys for Plaintiffs, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

JON D. RUBIN, State Bar No. 196944
General Counsel
SAN LUIS & DELTA-MENDOTA WATER AUTHORITY
400 Capitol Mall, 28th Floor
Sacramento, CA 95814
Telephone: (916) 321-4519
Facsimile: (209) 826-9698

Attorneys for Plaintiff, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY

*Additional Counsel on Next Page*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>SALLY JEWELL, as Secretary of the U.S. Department of the Interior; U.S. DEPARTMENT OF THE INTERIOR; U.S. BUREAU OF RECLAMATION; ESTEVAN LOPEZ, as Commissioner, Bureau of Reclamation, U.S. Department of the Interior and DAVID MURILLO, as Regional Director, Mid-Pacific Region, Bureau of Reclamation, U.S. Department of the Interior,<br><br>　　　　Defendants. | Case No. 1:16-cv-00983-LJO-EPG<br><br>**STIPULATION AND ORDER EXTENDING SCHEDULE FOR BRIEFING OF CROSS MOTIONS FOR SUMMARY JUDGMENT BY PLAINTIFFS AND DEFENDANTS** |

| | |
|---|---|
| 1 | ***ADDITIONAL COUNSEL*** |
| 2 | PHILIP A. WILLIAMS, State Bar No. 296683 |
| | General Counsel |
| 3 | WESTLANDS WATER DISTRICT |
| | 400 Capitol Mall, 28th Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 321-4525 |
| 5 | Facsimile: (559) 241-6277 |
| 6 | Attorneys for Plaintiff, WESTLANDS WATER DISTRICT |

# RECITALS

WHEREAS, the Stipulation and Order Extending Schedule for Briefing filed on October 6, 2017 (Doc. 23) provided the following schedule for the filing of cross-motions for summary judgment:

| | |
|---|---|
| **December 27, 2017** | Plaintiffs shall file their motion for summary judgment. |
| **February 26, 2018** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **March 28, 2018** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. |
| **April 28, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

WHEREAS, the parties are pursuing discussions that may avoid the necessity of filing cross-motions for summary judgment in this case;

WHEREAS, the parties agree that in light of these discussions, an extension of the Court's schedule for the filing of cross-motions for summary judgment is appropriate;

AND WHEREAS, the parties agree that the revised schedule should be as follows:

| | |
|---|---|
| **January 19, 2018** | Plaintiffs shall file their motion for summary judgment. |
| **March 23, 2018** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **April 20, 2018** | Plaintiffs shall file its combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. |
| **May 21, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

# STIPULATION

NOW THEREFORE, counsel for the parties hereby stipulate to, and jointly request that the Court grant an extension of the schedule for the filing of cross-motions for summary judgment provided in the October 6, 2017 Stipulation and Order Extending Schedule for Briefing making

the new schedule for briefing as follows:

| | |
|---|---|
| **January 19, 2018** | Plaintiffs shall file their motion for summary judgment. |
| **March 23, 2018** | Defendants shall file their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment. |
| **April 20, 2018** | Plaintiffs shall file their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment. |
| **May 21, 2018** | Defendants shall file their reply in support of their cross-motion for summary judgment. |

DATED: December 27, 2017

KRONICK, MOSKOVITZ, TIEDEMANN & GIRARD
A Professional Corporation

By: */s/ Daniel J. O'Hanlon*
Daniel J. O'Hanlon
Attorneys for Plaintiffs, SAN LUIS & DELTA-MENDOTA WATER AUTHORITY and WESTLANDS WATER DISTRICT

DATED: December 27, 2017

JEFFREY H. WOOD
Acting Assistant Attorney General
U.S. Department of Justice
Environment and Natural Resources Division

By: */s/ Anna K. Stimmel*
ANNA K. STIMMEL
Senior Attorney
Natural Resources Section
301 Howard Street, Suite 1050
San Francisco, CA 94105
(415) 744-6480 (Tel); (415) 744-6476 (Fax)
anna.stimmel@usdoj.gov

Counsel for Federal Defendants

| | |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the parties' stipulation, the Court hereby ORDERS that the schedule for |
| 3 | briefing in the October 6, 2017 Stipulation and Order Extending Schedule for Briefing (Doc. 23) |
| 4 | be extended and be established as follows: |

Plaintiffs shall submit their motion for summary judgment on or before January 19, 2018.

Defendants shall submit their combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment on or before March 23, 2018.

Plaintiffs shall submit their combined opposition to Defendants' cross-motion for summary judgment and reply in support of Plaintiffs' motion for summary judgment on or before April 20, 2018.

Defendants shall submit their reply in support of their cross-motion for summary judgment on or before May 21, 2018.

The Court will not entertain further requests to extend the briefing schedule.

IT IS SO ORDERED.

Dated: **December 28, 2017**          /s/ Lawrence J. O'Neill
                                      UNITED STATES CHIEF DISTRICT JUDGE